UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 15-0147-TJH(SSx)** | Date | JUNE 24, 2015 |

| | |
|---|---|
| Title | ELIZABETH BARRY v. WASHINGTON MUTUAL BANK FA ET AL |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

On March 11, 2015, the Court issued an order directing the Plaintiff to file a RICO case statement [14] failure to
comply would subject Plaintiff to monetary sanctions and/or dismissal of the case.  As of today nothing has been filed.

Plaintiff is ordered to show cause by no later than **July 24, 2015**, why this case should not be dismissed for failure to file a RICO case statement as previously ordered.   It is plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently.  No oral argument of this matter will be heard unless ordered by the Court.  Failure to comply may subject Plaintiff to sanctions and/or dismissal of this case.

A Pro Se Clinic is now available for litigants representing themselves.  It offers on-site information and guidance.  For more information call the Clinic in Los Angeles at 213-385-2977 ext. 270.
In Riverside call the Clinic at 951-682-7968 or the Santa Ana Clinic at 714-541-1010 x 222.

IT IS SO ORDERED.


cc: all parties